FILED BY _____ D.C.

2005 MAY -9 PM 12: 07

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

### UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

RAYMOND C. TURNER,

     Plaintiff,

v.

CITY OF MEMPHIS, et al.,

     Defendants.

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 04-2035-B**

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Order Granting Defendant's Motion For Summary Judgment entered on May 6, 2005, this cause is hereby dismissed and judgment is entered in favor of the Defendants, City of Memphis, et al., and against the Plaintiff, Raymond C. Turner.

**APPROVED:**

**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

5/9/05
**Date**

ROBERT R. DI TROLIO
**Clerk of Court**

(By) **Deputy Clerk**

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on _5-9-05_



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CV-02035 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Sara L. Hall
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Raymond C. Turner
674 Nth Willett
Memphis, TN 38107

Honorable J. Breen
US DISTRICT COURT